<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

―――――――――

**No. 96-1816**

―――――――――

CACI INTERNATIONAL, INCORPORATED; CACI,
INCORPORATED - FEDERAL,

Plaintiffs - Appellees,

versus

MITCHELL R. LEISER,

Defendant - Appellant,

and

PENTAGEN TECHNOLOGIES INTERNATIONAL, LTD.;
BAIRD TECHNOLOGIES, INCORPORATED; JOHN C.
BAIRD,

Defendants,

versus

UNITED STATES OF AMERICA,

Party in Interest.

―――――――――

**No. 96-1876**

―――――――――

CACI INTERNATIONAL, INCORPORATED; CACI,
INCORPORATED - FEDERAL,

Plaintiffs - Appellants,

versus

MITCHELL R. LEISER,

                                    Defendant - Appellee,

          and

PENTAGEN TECHNOLOGIES INTERNATIONAL, LTD.;
BAIRD TECHNOLOGIES, INCORPORATED; JOHN C.
BAIRD,

                                    Defendants,

          versus

UNITED STATES OF AMERICA,

                                    Party in Interest.

———————————

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Chief
District Judge; Thomas Rawles Jones, Jr., Magistrate Judge.  (CA-
93-1631-A)

———————————

Argued:  May 7, 1997                    Decided:  June 19, 1997

———————————

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

**ARGUED:** Joel Zulman Robinson, LAW OFFICES OF JOEL Z. ROBINSON &
CO., New York, New York, for Appellants.  Joseph William Koegel,
Jr., STEPTOE & JOHNSON, L.L.P., Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

This appeal marks the third time these parties have appeared before this Court litigating matters arising out of a copyright and trademark dispute over computer software marketed to the United States Government.  See CACI, Inc. v. Pentagen Techs. Int'l, Ltd. (In re Robinson), 99 F.3d 1131 (4th Cir. 1996) (unpublished); CACI Int'l, Inc. v. Pentagen Techs. Int'l, Ltd., 70 F.3d 111 (4th Cir. 1995) (unpublished).   In the instant appeal, Mitchell Leiser, former Vice-President and Director of Pentagen Technologies International, Ltd. (Pentagen), challenges the district court's February 1, 1996 order, which adopted the magistrate judge's recommendation to hold Leiser in civil contempt for failure to comply with an earlier order.  In the earlier order, entered on September 25, 1995, the magistrate judge concluded that CACI International Technologies, Inc. (CACI) had made out a prima facie case of contempt and secretion of assets by Leiser and required Leiser to deposit certain monies into the court registry.  CACI cross-appeals the district court's order of May 3, 1996, denying CACI's motion to impose sanctions upon Leiser's attorney, Joel Robinson, pursuant to 28 U.S.C.A. § 1927 (West 1994).

After a careful review of the briefs and record, and after hearing oral arguments from counsel, we conclude that both parties' appeals are without merit.  Accordingly, we summarily affirm on the reasoning of the district court as set forth in its February 1, 1996 and May 3, 1996 memorandum opinions.  See CACI Int'l Techs., Inc. v. Pentagen Techs. Int'l, Ltd., Civil Action No. 93-1631-A

3

(E.D. Va. Feb. 1, 1996) (affirming order of magistrate judge finding Leiser in civil contempt); <u>CACI Int'l Techs., Inc. v. Pentagen Techs. Int'l, Ltd.</u>, Civil Action No. 93-1631-A (E.D. Va. May 3, 1996) (denying CACI's motion for sanctions against attorney Robinson); <u>see also</u> <u>CACI Int'l Techs., Inc. v. Pentagen Techs. Int'l, Ltd.</u>, Civil Action No. 93-1631-A (E.D. Va. Nov. 9, 1995) (magistrate judge's report and recommendation).

<u>AFFIRMED</u>

4